Generated: Apr 29, 2026 9:06AM



# U.S. District Court

## California Northern - San Jose

Receipt Date: Apr 29, 2026 9:06AM

Cheryl Lam
72 N Buena Vista Ave
San Jose, CA 95126

Rcpt. No: 511019747          Trans. Date: Apr 29, 2026 9:06AM          Cashier ID: #CHHo (7361)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #1526 | 04/21/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

Comments: 26-cv-03708-VKD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.