UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS CHRISTIAN, ET AL, | Case No. 26-cv-03708-VKD |
| Plaintiffs, | |
| v. | **INTERIM ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| CITY OF SAN JOSE, ET AL, | |
| Defendants. | |

Plaintiffs filed a motion for temporary restraining order ("TRO"). This matter has been assigned to a magistrate judge. This Court does not have the authority to decide the motion for TRO without the consent of all parties, served and unserved. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017); 28 U.S.C. § 636.

By **2:00 p.m. on April 29, 2026**, each party must file a "Consent or Declination to Magistrate Judge Jurisdiction" form[1] indicating whether they consent to or decline magistrate judge jurisdiction. If the Court does not have complete consent from all parties by **2:00 p.m. on April 29, 2026**, the Court will reassign this matter to a district judge. Plaintiffs are responsible for providing notice of this order to all defendants.

**IT IS SO ORDERED.**

Dated: April 29, 2026

Virginia K. DeMarchi
United States Magistrate Judge

---

[1]The form is available at https://cand.uscourts.gov/sites/default/files/forms/MJ_Consent-Declination_Form_10-2020.pdf.