UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CHRISTIAN, et al., | Case No.: 26-cv-03708-EJD (VKD) |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 4/29/2026, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Cheryl  Lam
72 N. Buena Vista Ave.
San Jose, CA 95126

Nicholas  Christian
72 N. Buena Vista Ave.
San Jose, CA 95126

Dated: 4/29/2026

Mark B. Busby
Clerk of Court, United States District Court

By:_____
Steven Chilton, Deputy Clerk to
the Honorable Virginia K. DeMarchi

*Service_Certificate _CRD*
*rev. August 2018*

United States District Court
Northern District of California