AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| NICHOLAS KEITH CHRISTIAN and DR. CHERYL M. LAM <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF SAN JOSE, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.  5:26-cv-03708-EJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1. CITY OF SAN JOSE, c/o City Clerk, 200 E. Santa Clara St., 16th Fl., San Jose, CA 95113
2. COUNTY OF SANTA CLARA, c/o Clerk of the Board, 70 W. Hedding St., San Jose, CA 95110
3. HANNAH ODEKIRK, c/o Office of the City Attorney, 200 E. Santa Clara St., 16F, San Jose, CA 95113
4. JOSEPH HATFIELD, c/o S.J. Code Enforcement, 200 E. Santa Clara St., San Jose, CA 95113
5. JOANNE TRACEY, c/o Santa Clara Cty DEH, 1555 Berger Dr., Bldg 2, San Jose, CA 95112
6. SONIA WILLS, c/o Office of the County Counsel, 70 W. Hedding St., E. Wing 9F, San Jose, CA 95110
7. JEAN NGUYEN, c/o Santa Clara Cty DEH, 1555 Berger Dr., Bldg 2, San Jose, CA 95112
8. MARILYN C. UNDERWOOD, c/o Santa Clara Cty DEH, 1555 Berger Dr., Bldg 2, San Jose, CA 95112
9. GERARD F. KEENA II, Bay Area Receivership Group, 1925 MLK Jr. Way, Berkeley, CA 94704
10. BRANDON CARR, c/o Buchalter LLP, 425 Market St., Ste 2900, San Francisco, CA 94105
11. JORGE VIZCAINO, Aero-Environmental Consulting, 1426 Via Isola, Monterey, CA 93940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nicholas Keith Christian (Pro Se)
> Dr. Cheryl M. Lam (Pro Se)
> 72 N. Buena Vista Ave., San Jose, CA 95126
> (408) 940-2424  christian.nicholask@gmail.com
> (408) 421-7162  cheryl16@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:   05/11/2026

K.ADAMS-MOFFETT
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-03708-EJD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: