Nicholas Christian, Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 940-2424
christian.nicholask@gmail.com

Cheryl Lam, Ph.D., Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 421-7162
cheryl16@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a California public entity; et al.,<br>　　　　　Defendants. | ) Case No. 5:26-cv-03708-EJD<br>) Judge: Edward J. Davila<br>)<br>) **DECLARATION OF NICHOLAS**<br>) **CHRISTIAN IN SUPPORT OF**<br>) **PLAINTIFFS' OPPOSITION TO**<br>) **DEFENDANTS COUNTY OF SANTA**<br>) **CLARA AND JOANNE TRACEY'S**<br>) **MOTION TO CHANGE TIME AND**<br>) **MOTION FOR ADMINISTRATIVE**<br>) **RELIEF** |

**(DKT. NO. 18)**

I, Nicholas Christian, declare:

1.  I am a Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and could competently testify to them. Each exhibit identified below is a true and correct copy of an email sent or received in my Gmail account, christian.nicholask@gmail.com, which I have preserved and can produce in native form with full transmission headers.

2.  Attached as Exhibit 1 is the email I received from Deputy County Counsel Douglas E. Johns on July 24, 2026 at 4:01 p.m.

3.  Attached as Exhibit 2 is my reply to Mr. Johns sent July 24, 2026 at 6:25 p.m.

CHRISTIAN DECL. ISO OPP. TO DKT. 18 - 1

4. Attached as Exhibit 3 is the email I received from Mr. Johns on July 27, 2026 at 10:52 a.m. It attached one Word document named "3647252.docx."

5. Attached as Exhibit 4 is my email to Mr. Johns sent July 28, 2026 at 3:24 p.m. It set out four numbered proposed revisions and the reason for each, and it attached three files: a redline of counsel's draft with the reason for every proposed change stated inline, a clean copy incorporating those changes, and an editable Word version.

6. In the email at Exhibit 4 I wrote: "Dr. Lam and I will each execute the signature page and return scanned images to you the same day you send the final PDF, and you may attach them to the filing under Civil L.R. 5-1(i)(3)."

7. Attached as Exhibit 5 is Mr. Johns's reply of July 28, 2026 at 5:16 p.m. It states, as to two of my four items, "I am not have an issue with adding 'Ph.D.' or changing the case number," and, as to another, "The current draft incorporates these issues." It attached three files, each titled "Draft No. 3."

8. Attached as Exhibit 6 is the email I received from Mr. Johns on July 29, 2026 at 2:03 p.m. Its text states, "I attached the redlined draft with your proposed revisions incorporated. I also attached the final draft as a PDF for you and Dr. Lam to sign."

9. Attached as Exhibit 7 is the email I received from Mr. Johns on July 31, 2026 at 10:07 a.m. Its text states, "I attached the recent and latest draft." It attached one draft file. That file is named "Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Final. 07. 29. 2026.pdf." On receiving it I wrote to Mr. Johns the same day that "[t]he document attached this morning is the same document you sent July 29. It has not changed once." Mr. Johns attached that reply of mine to his own declaration as part of Exhibit A. He did not dispute the statement in his reply of August 1, 2026.

10.     The case number appearing in the caption and page footers of the draft stipulations Mr. Johns circulated before my July 28, 2026 corrections read "26CV03708-EJD."

11.     No stipulation was ever executed by any party, and Mr. Johns's offer to accept service was never carried out as to any Defendant. Plaintiffs served the County of Santa Clara and Ms. Tracey directly. Plaintiffs served the remaining County Defendants by delivery to Mr. Johns, who had stated in writing on July 24 and July 27, 2026 that he had authority to accept service on their behalf and directed that the documents be sent to his attention. Exs. 1, 3. Mr. Johns had appeared in this action for all five County Defendants. Proofs of service for all of these Defendants are filed concurrently with this opposition.

12.     To accomplish that service I retained and paid registered process servers. I incurred approximately $400 in process server fees to serve these Defendants. That is the expense Mr. Johns's offer to accept service was to have avoided.

13.     Attached as Exhibit 8 is my email to Mr. Johns sent July 28, 2026 at 9:26 p.m. In it I wrote that "[w]e are in agreement on the substance: September 30, 2026 for all five County Defendants, service resolved through one delivery to your office, and paragraph 7's provision that the County Defendants will be deemed served upon that delivery," and that "Draft No. 3 is acceptable subject to the corrections below, all of which are conforming rather than substantive." The email sets out four numbered corrections. As to the attestation, it states that the draft reads "their scanned images of the signature pages executed by Plaintiffs are attached," and asks that this be corrected to read "that scanned images of the signature pages executed by Plaintiffs are attached." The email closes: "None of these require another round of review on our side. If you incorporate them into the final PDF, Dr. Lam and I will each execute and return our signature pages the same day we receive it, and you may attach them under Civil L.R. 5-1(i)(3)."

14.     Attached as Exhibit 9 is my email to Mr. Johns sent July 31, 2026 at 4:48 p.m. It requests no change to any draft. It sets out in five numbered points what the draft transmitted on

CHRISTIAN DECL. ISO OPP. TO DKT. 18 - 3

July 29 and again on July 31 would do if executed, including that the deemed-service provision appears in a recital rather than as an operative provision, and that the attestation as drafted permits filing with Plaintiffs' signatures "otherwise incorporated," so that the document could reach the docket without Plaintiffs' executed signature pages attached to it. Mr. Johns reproduced this email in his own Exhibit A at Dkt. No. 18-1, page 8.

15.    Pursuant to Civil L.R. 5-1(i)(3), I attest that Cheryl Lam, Ph.D. has concurred in the filing of Plaintiffs' Opposition, of this declaration, and of the accompanying proposed order, and has authorized the use of her signature on the Opposition. Her concurrence is on file and available to the Court on request.

16.    Attached as Exhibit 10 is the draft stipulation titled "Draft No. 3" that Mr. Johns attached to his email of July 28, 2026 at 5:16 p.m., Exhibit 5. I have not altered it.

17.    Attached as Exhibit 11 is the draft stipulation Mr. Johns attached to his email of July 29, 2026 at 2:03 p.m., Exhibit 6, and described in that email as "the final draft as a PDF for you and Dr. Lam to sign." I have not altered it.

18.    Attached as Exhibit 12 is the file Mr. Johns attached to his email of July 31, 2026 at 10:07 a.m., Exhibit 7, and described in that email as "the recent and latest draft." I have not altered it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on August 10, 2026, at San Jose, California.

_N Christian_____

NICHOLAS CHRISTIAN, Plaintiff, Pro Se

CHRISTIAN DECL. ISO OPP. TO DKT. 18 - 4

Nicholas Christian, Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 940-2424
christian.nicholask@gmail.com

Cheryl Lam, Ph.D., Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 421-7162
cheryl16@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a California public entity; et al., | ) ) ) |
| Defendants. | ) |

Case No. 5:26-cv-03708-EJD
Judge: Edward J. Davila

**INDEX OF EXHIBITS TO THE DECLARATION OF NICHOLAS CHRISTIAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DKT. NO. 18**

1. **Exhibit 1.** Email, Douglas E. Johns to Nicholas Christian and Cheryl Lam, Ph.D., July 24, 2026, 4:01 p.m. Christian Decl. ¶ 2.

2. **Exhibit 2.** Email, Nicholas Christian to Douglas E. Johns, July 24, 2026, 6:25 p.m. Christian Decl. ¶ 3.

3. **Exhibit 3.** Email, Douglas E. Johns to Nicholas Christian, July 27, 2026, 10:52 a.m., attaching "3647252.docx." Christian Decl. ¶ 4.

4. **Exhibit 4.** Email, Nicholas Christian to Douglas E. Johns, July 28, 2026, 3:24 p.m., attaching redline, clean copy, and editable Word version. Christian Decl. ¶¶ 5-6.

CHRISTIAN DECL. EXHIBIT INDEX - 1

5. **Exhibit 5.** Email, Douglas E. Johns to Nicholas Christian, July 28, 2026, 5:16 p.m., attaching three files titled "Draft No. 3." Christian Decl. ¶ 7.

6. **Exhibit 6.** Email, Douglas E. Johns to Nicholas Christian, July 29, 2026, 2:03 p.m. Christian Decl. ¶ 8.

7. **Exhibit 7.** Email, Douglas E. Johns to Nicholas Christian, July 31, 2026, 10:07 a.m., attaching "Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Final. 07. 29. 2026.pdf." Christian Decl. ¶ 9.

8. **Exhibit 8.** Email, Nicholas Christian to Douglas E. Johns, July 28, 2026, 9:26 p.m. Christian Decl. ¶ 13.

9. **Exhibit 9.** Email, Nicholas Christian to Douglas E. Johns, July 31, 2026, 4:48 p.m. Christian Decl. ¶ 14.

10. **Exhibit 10.** Draft stipulation, "Draft No. 3," attached to Douglas E. Johns's email of July 28, 2026, 5:16 p.m. (Exhibit 5). Christian Decl. ¶ 16.

11. **Exhibit 11.** Draft stipulation attached to Douglas E. Johns's email of July 29, 2026, 2:03 p.m. (Exhibit 6), described therein as the final draft for signature. Christian Decl. ¶ 17.

12. **Exhibit 12.** File attached to Douglas E. Johns's email of July 31, 2026, 10:07 a.m. (Exhibit 7), described therein as the recent and latest draft. Christian Decl. ¶ 18.

# EXHIBIT 1

 **Gmail**

**nicholas christian <christian.nicholask@gmail.com>**

---

## Case No. 26-cv-03708; Christian v. City of San Jose

---

**Johns, Douglas** <douglas.johns@cco.sccgov.org>                    Fri, Jul 24, 2026 at 4:01 PM
To: "cheryl16@gmail.com" <cheryl16@gmail.com>, "christian.nicholask@gmail.com" <christian.nicholask@gmail.com>

Dear Mr. Christian and Dr. Lam:

I represent the County of Santa Clara, Joanne Tracey, Jean Nguyen, Marilyn Underwood, and Sonia Wills in the lawsuit that you filed in district court. I look forward to working with you. I included my contact information below.

Please note that I have authority to accept service on behalf of Mr. Nguyen, Ms. Underwood, and Ms. Wills pursuant to Rule 4(j)(2)(B) of the Federal Rules of Civil Procedure. It is my understanding that none of those parties have been served. Please feel free to direct the necessary documents to my attention.

Because of the number of parties involved and different dates of service, the Court will want us to coordinate a schedule for the County, Ms. Tracey, Mr. Nguyen, Ms. Underwood, and Ms. Wills to respond. Given that the Court continued the Initial Case Management Conference until October 29, 2026, I propose that the County, Ms. Tracey, Mr. Nguyen, Ms. Underwood, and Ms. Wills respond by September 30, 2026. If you agree with that proposal, please tell me, and I can prepare the necessary stipulation.

I look forward to your response. Please feel free to contact me if you have any questions. Have a nice weekend.

Doug



**Douglas Johns** | Deputy County Counsel

Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor  | San José, CA 95110

Office: (408) 299-5913  |  Mobile: (669) 371-6820

douglas.johns@cco.sccgov.org | counsel.sccgov.org

---

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

# EXHIBIT 2

Case 5:26-cv-03708-EJD    Document 20-1    Filed 08/10/26    Page 11 of 45

 **Gmail**

**nicholas christian <christian.nicholask@gmail.com>**

## Case No. 26-cv-03708; Christian v. City of San Jose

**nicholas christian** <christian.nicholask@gmail.com>                Fri, Jul 24, 2026 at 6:25 PM
To: douglas.johns@cco.sccgov.org
Cc: Cheryl Lam <cheryl16@gmail.com>, Cheryl Lam <cheryl.lam@gmail.com>

Mr. Johns,

Thank you for reaching out, and for the information regarding Mr. Nguyen, Ms. Underwood, and Ms. Wills. I accept your offer to receive service on their behalf. For a uniform record, please confirm whether you will also accept service for the County and Ms. Tracey, and I will deliver one set for all five to your office at 70 West Hedding Street in a single visit. Please confirm the date you will treat as the date of service for each.

September 30, 2026 is agreeable for the County, Ms. Tracey, Mr. Nguyen, Ms. Underwood, and Ms. Wills to answer or otherwise respond. Please prepare the stipulation and send it to me for signature, with a recital that the extension is without prejudice to any party's claims, defenses, or positions.

One more thing. In three years of this litigation, you are the first person on the other side to address Dr. Lam correctly without being asked. Thank you for that.

Respectfully,

Nicholas Christian
Plaintiff in pro per
(408) 940-2424
[Quoted text hidden]

# EXHIBIT 3

 **Gmail**

nicholas christian <christian.nicholask@gmail.com>

## Case No. 26-cv-03708; Christian v. City of San Jose

**Johns, Douglas** <douglas.johns@cco.sccgov.org>                    Mon, Jul 27, 2026 at 10:52 AM
To: "christian.nicholask@gmail.com" <christian.nicholask@gmail.com>
Cc: "cheryl16@gmail.com" <cheryl16@gmail.com>

Nicholas:

Thank you. Yes, I have authority to accept service on behalf of the County and Ms. Tracey as well. Please feel free serve all five parties at one time. That probably makes the most sense. When all five parties are served at the same time, the date they are served will be treated the same. Please direct the documents to my attention.

I attached a draft stipulation to extend Ms. Tracey, Mr. Nguyen, Ms. Underwood, Ms. Wills, and the County's date to respond. Please send me any comments or proposed revisions. If you agree with the stipulation, please tell me that I have your authority to sign and file the stipulation on behalf of you and Dr. Lam. *See* Civil L.R. 5-1(i). I cannot file the stipulation until I have authority from all parties to sign and file it on their behalf.

Please note that your requested provision is in paragraph 16 of the stipulation.

If you have any questions, please feel free to contact me.

Doug

 Douglas Johns | Deputy County Counsel

Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110

Office: (408) 299-5913 | Mobile: (669) 371-6820

douglas.johns@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

[Quoted text hidden]

---

 **3647252.docx**
37K

# EXHIBIT 4

 Gmail

**nicholas christian <christian.nicholask@gmail.com>**

---

## RE: [EXTERNAL] RE: Case No. 26-cv-03708; Christian v. City of San Jose

---

**nicholas christian** <christian.nicholask@gmail.com>        Tue, Jul 28, 2026 at 3:24 PM
To: douglas.johns@cco.sccgov.org
Cc: Cheryl Lam <cheryl16@gmail.com>

Mr. Johns,

Thank you for confirming acceptance for all five County Defendants and for sending the draft. September 30, 2026 is agreeable, and paragraph 16 addresses the without-prejudice provision I asked for.

I have attached a redline showing every proposed revision with the reason for each stated inline, and a clean copy incorporating them, along with an editable Word version. The revisions are limited. Four items.

1. Acceptance made operative. The draft recites that your office would accept service, but no paragraph accepts service or deems anyone served, and paragraph 16 reserves all defenses. Your July 27 email supplies the missing term, that all five will be treated as served on the same date, but that term is not in the document. New paragraphs 8 through 10 carry it: acceptance for all five in their individual and official capacities through one delivery to your office, all five deemed served on the delivery date, and a waiver limited to Rule 12(b)(4) and 12(b)(5). Nothing else is waived, and paragraph 19 reserves everything else exactly as you drafted it.

2. Neutral service recital. Rather than characterize the prior service history in the recitals, revised paragraph 3 states that the parties resolve service on all County Defendants through paragraphs 8 through 10 without regard to any prior service or attempted service. Neither side concedes anything. I also deleted the Rule 4(j)(2)(B) citation from the recital, since the individual defendants are sued in their individual and official capacities and the acceptance in paragraph 8 makes the citation unnecessary.

3. Sixty-day recital. I replaced "approximately 60 days" with a reference to the date otherwise applicable under Rule 12(a)(1)(A)(i), so no baseline date needs to be computed.

4. Amended complaint. New paragraph 18 carries the September 30 date over to an amended complaint filed on or before that date, with Rule 15(a)(3) operating if it supplies a later date. This avoids a second stipulation.

One conforming note: I have styled Dr. Underwood as "Marilyn C. Underwood, Ph.D." throughout, consistent with the caption of the verified complaint, and corrected the case number to 5:26-cv-03708-EJD.

On signatures, rather than authority to sign our names, Dr. Lam and I will each execute the signature page and return scanned images to you the same day you send the final PDF, and you may attach them to the filing under Civil L.R. 5-1(i)(3). I concur in the filing. Dr. Lam will send her own concurrence to you directly.

I am prepared to deliver one complete set for all five County Defendants to your office at 70 West Hedding tomorrow, Wednesday, July 29. If these terms are acceptable, please confirm and I will make the delivery and confirm the date to you in writing the same day. If we do not have an agreement by end of day tomorrow, I will proceed with service by other means so that all parties are served within the deadline set by Dkt. No. 16, and we can continue to discuss the response-date extension in parallel.

Separately from this stipulation, please let me know whether your office will accept service on behalf of Sara Cody, County Health Officer, in her official capacity.

Respectfully,

Nicholas Christian
Plaintiff in pro per
(408) 940-2424

---

**3 attachments**

 **STIP_COUNTY_CLEAN_2026-07-27.pdf**
43K

Case 5:26-cv-03708-EJD    Document 20-1    Filed 08/10/26    Page 17 of 45

**STIP_COUNTY_REDLINE_2026-07-27.pdf**
66K

**STIP_COUNTY_CLEAN_2026-07-27.docx**
40K

# EXHIBIT 5

 Gmail

**nicholas christian <christian.nicholask@gmail.com>**

---

## RE: [EXTERNAL] RE: Case No. 26-cv-03708; Christian v. City of San Jose

---

**Johns, Douglas** <douglas.johns@cco.sccgov.org>                 Tue, Jul 28, 2026 at 5:16 PM
To: "christian.nicholask@gmail.com" <christian.nicholask@gmail.com>
Cc: "cheryl16@gmail.com" <cheryl16@gmail.com>

Nicholas:

Thank you. I reviewed the revised stipulation, and I appreciate the thought that went into it. I attached a slightly revised draft stipulation that incorporates some of Plaintiff's proposed changes. I included some responses to your items below. I attached the redlined draft, a "clean" draft with the redlines accepted, and a PDF for Plaintiffs to sign.

1. I am confused by this. This is fairly straightforward. Plaintiffs are going to serve all five of the County Defendants at one time, and there will be a proof of service. Presumably, the process server will have the same date on the proof of service. The County Defendants are not going to waive any service-related defenses before they are served. If service is done properly, which it likely will be, those Rule 12 defenses will not be applicable.

2. The current draft incorporates these issues.

3. The "approximately 60 days" relates to the requirements for the Civil Local Rules and stipulates.

4. This stipulation is simply handling service-related issues and coordinating responses. If Plaintiffs want to file an amended pleading, the Federal Rules will govern that. But the County Defendants are not going to include a provision about an amended pleading. In federal practice, stipulations are common.

I am not have an issue with adding "Ph.D." or changing the case number.

Sara Cody is not a party to this lawsuit. If Plaintiffs plan to name her as a party, they can take the necessary steps to do that, and we can discuss service at that time.

Please feel free to contact me if you have any questions.

Doug



**Douglas Johns** | Deputy County Counsel

Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor  | San José, CA 95110

Office: (408) 299-5913  |  Mobile: (669) 371-6820

douglas.johns@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

[Quoted text hidden]

---

**3 attachments**


**Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Draft No. 3. Clean. 07. 28. 2026.pdf**
140K


**Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Draft No. 3. Clean. 07. 28. 2026.docx**
38K

**Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Draft No. 3. 07. 28. 2026.docx**
43K

# EXHIBIT 6

 **Gmail**

**nicholas christian <christian.nicholask@gmail.com>**

---

## RE: [EXTERNAL] RE: Case No. 26-cv-03708; Christian v. City of San Jose

---

**Johns, Douglas** <douglas.johns@cco.sccgov.org>       Wed, Jul 29, 2026 at 2:03 PM
To: nicholas christian <christian.nicholask@gmail.com>
Cc: Cheryl Lam <cheryl16@gmail.com>

Nicholas:


Thank you. This should do it. I attached the redlined draft with your proposed revisions incorporated. I also attached the final draft as a PDF for you and Dr. Lam to sign.


I am still not following the attestation issue. I think the change I made to the attached documents resolves the issue. In federal practice, it is common to sign on behalf of the parties, so scanned signatures are not something I see frequently.


Lastly, are you and Dr. Lam registered ECF users? I just appeared, and it appears that you are.


Doug


 **Douglas Johns** | Deputy County Counsel

Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110

Office: (408) 299-5913 | Mobile: (669) 371-6820

douglas.johns@cco.sccgov.org | counsel.sccgov.org


**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

[Quoted text hidden]

---

**2 attachments**

 **Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Draft No. 4. Redlined. 07. 29. 2026.docx**
39K

 **Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Final. 07. 29. 2026.pdf**

Case 5:26-cv-03708-EJD   Document 20-1   Filed 08/10/26   Page 23 of 45

# EXHIBIT 7

 Gmail

**nicholas christian <christian.nicholask@gmail.com>**

---

## RE: [EXTERNAL] RE: Case No. 26-cv-03708; Christian v. City of San Jose

---

**Johns, Douglas** <douglas.johns@cco.sccgov.org>                    Fri, Jul 31, 2026 at 10:07 AM
To: nicholas christian <christian.nicholask@gmail.com>
Cc: Cheryl Lam <cheryl16@gmail.com>

Nicholas:

I am following up on the stipulation. I attached the recent and latest draft. Please send me your signatures or provide your authority to sign the stipulation and file it on your behalf. I am stepping into a deposition shortly that I expect to last the rest of the day, and I am preoccupied most of next week. If the remaining issue is the attestation, please send me your proposed version of it, and I will incorporate it. I would like to wrap this up.

Please feel free to contact me if you have any questions. Have a nice weekend.

Doug



Douglas Johns | Deputy County Counsel

Office of the County Counsel, County of Santa Clara

70 West Hedding Street, East Wing, 9th Floor  | San José, CA 95110

Office: (408) 299-5913  |  Mobile: (669) 371-6820

douglas.johns@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited.  Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

[Quoted text hidden]

---

📄 **Christian v. City of San Jose. Stipulation to Extend Time to Answer or Otherwise Respond. Final. 07. 29. 2026.pdf**
137K

# EXHIBIT 8

M Gmail

nicholas christian <christian.nicholask@gmail.com>

---

## RE: [EXTERNAL] RE: Case No. 26-cv-03708; Christian v. City of San Jose

**nicholas christian** <christian.nicholask@gmail.com>                    Tue, Jul 28, 2026 at 9:26 PM
To: douglas.johns@cco.sccgov.org
Cc: Cheryl Lam <cheryl16@gmail.com>

Mr. Johns,

Thank you for the revised draft. We are in agreement on the substance: September 30, 2026 for all five County Defendants, service resolved through one delivery to your office, and paragraph 7's provision that the County Defendants will be deemed served upon that delivery. Draft No. 3 is acceptable subject to the corrections below, all of which are conforming rather than substantive.

To resolve the confusion you mentioned: my concern was never whether service going forward would be done properly. It was that the earlier draft recited that your office would accept service without any operative provision actually accepting it or fixing a service date, while reserving all defenses. Your revised paragraph 7 supplies that provision. The point is resolved by your own revision, and I am not requesting any further change to it.

One clarification for the record, because your email and Draft No. 3 read differently. The email characterizes the proposed revisions as unnecessary, but the draft adopts several of them in substance or verbatim: the neutral service recital now in paragraph 3, the deletion of the Rule 4(j)(2)(B) citation from the recital, the Rule 16(b) recital now in paragraph 11, and the deemed-served provision now in paragraph 7. Where the email and the draft differ, we take the draft as the operative position, and on that basis we are in agreement.

Corrections to the draft before signature:

1. Case number. The caption and the footer on each page read "26CV03708-EJD." The correct number is 5:26-cv-03708-EJD, as it appears on the Court's orders, the docket, and the file stamp on the complaint. Your email confirmed you had no issue with this change; it did not carry into Draft No. 3.

2. Attestation. The attestation reads "I Douglas Johns" (missing comma and middle initial, inconsistent with your signature block on page 1) and "their scanned images of the signature pages executed by Plaintiffs are attached," which appears intended to read "that scanned images of the signature pages executed by Plaintiffs are attached."

3. Page 4 signature block. Your client list on page 4 omits "PH.D." after Marilyn C. Underwood, while page 1 and the preamble include it.

4. Plaintiffs' signature blocks. Please conform "Plaintiff" to "Plaintiff, Pro Se" for both Plaintiffs, consistent with the verification blocks of the verified complaint. See Dkt. No. 1 at 18.

None of these require another round of review on our side. If you incorporate them into the final PDF, Dr. Lam and I will each execute and return our signature pages the same day we receive it, and you may attach them under Civil L.R. 5-1(i)(3).

For your convenience, I have attached the verified complaint as filed (Dkt. No. 1), which also verifies the case number as filed and stamped. The served sets will of course include conformed copies of the summons and complaint.

On delivery, consistent with your email, our process server will deliver one complete set of the summons and verified complaint for all five County Defendants to your office at 70 West Hedding, and the proof of service will carry a single date for all five. I will confirm the delivery date to you in writing the day it occurs. It will be pretty straightforward.

Respectfully,

Nicholas Christian
Plaintiff, Pro Se
(408) 940-2424

---

Case 5:26-cv-03708-EJD    Gmail - RE: [EXTERNAL] RE: Case No. 26-cv-03708, Christian v. City of San Jose    Document 20-1    Filed 08/10/26    Page 28 of 45

**Complaint_Doc1_5-26-cv-03708-EJD-afad764c-3207-454d-a323-2390aa2562a6.pdf**
1242K

# EXHIBIT 9

 **Gmail**

**nicholas christian <christian.nicholask@gmail.com>**

## RE: [EXTERNAL] RE: Case No. 26-cv-03708; Christian v. City of San Jose

**nicholas christian** <christian.nicholask@gmail.com>               Fri, Jul 31, 2026 at 4:48 PM
To: "Johns, Douglas" <douglas.johns@cco.sccgov.org>
Cc: Cheryl Lam <cheryl16@gmail.com>

Mr. Johns,

The document attached this morning is the same document you sent July 29. It has not changed once. What changed is the urgency.

Just so we are clear on what we are being asked to sign. Executed as drafted, the operative effect of this document is:

1. Your clients' time to respond is extended to September 30, 2026. Paragraph 14. Operative and enforceable.

2. All arguments and defenses are reserved, expressly and without prejudice, including Rule 12(b)(4) and 12(b)(5) challenges to service. Paragraph 15. Operative and enforceable.

3. We sign a recital that specific County Defendants have not been served. Paragraph 13. An admission, in our signatures, available in support of the exact defenses paragraph 15 reserves.

4. The deemed-served agreement, the only thing in the document for us, sits in a recital, paragraph 7, beneath that operative reservation.

5. The attestation permits filing with our signatures "otherwise incorporated." The document can reach the docket without our executed signatures on it.

That is the instrument. Your clients receive an enforceable extension, a preserved service challenge, and our signed admission supporting it. We receive a recital. When the operative provisions do what your emails have said since July 24, acceptance of service for all five, deemed served, one date, we can continue this conversation. Until then there is nothing to sign.

I will continue service on the defendants in the meantime. To that end, Sonia Wills was substitute served at her office. Is there any reason you would think that is not the case? Did she change offices, or has she joined the category of individuals no longer under County employ?

We are registered ECF users. Whatever stipulation ever gets filed, we file ourselves, our own signatures, yours conformed under Civil L.R. 5-1(i)(3) on your written concurrence. Nobody signs for us. That has now been said three times.

There is no deadline on our side, and your deposition calendar does not create one. Without a filed stipulation, your clients' deadlines run under Rule 12.

Enjoy your weekend.

Nicholas Christian
Plaintiff, Pro Se
(408) 940-2424
[Quoted text hidden]

# EXHIBIT 10



TONY LOPRESTI, County Counsel (S.B. #289269)
DOUGLAS E. JOHNS, Deputy County Counsel (S.B. #314798)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Douglas.Johns@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, JOANNE TRACEY,
JEAN NGUYEN, MARILYN C. UNDERWOOD, PH.D.,
AND SONIA WILLS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a public entity; HANNAH ODEKIRK, JOSEPH HATFIELD, JOANNE TRACEY, JEAN NGUYEN, MARILYN C. UNDERWOOD, and SONIA WILLS, in their individual and official capacities; GERARD F. KEENA II, BRANDON CARR, and JORGE VIZCAINO, in their individual capacities, <br><br> Defendants. | No. 26CV03708-EJD <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> Honorable Edward J. Davila <br> Senior United States District Judge |

1

Plaintiffs, Nicholas Christian and Cheryl Lam, Ph.D. (collectively, "Plaintiffs"), and Defendants, County of Santa Clara, Joanne Tracey, Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills, Esq. (collectively, "the County Defendants"), by and through themselves, and their undersigned counsel, hereby stipulate as follows:

1. On April 28, 2026, Plaintiffs filed their verified complaint against, among other parties, the County Defendants. *See* Dkt. No. 1.

2. In their verified complaint, Plaintiffs assert ten claims against all defendants. *See generally* Dkt. No. 1.

3. Plaintiffs and the County Defendants have agreed to resolve service on the County Defendants without regard to any prior service or attempted service.

4. On July 22, 2026, the Court issued an order continuing the Initial Case Management Conference to October 29, 2026, and extended Plaintiffs' time to complete service to September 20, 2026. *See* Dkt. No. 16.

5. On July 24, 2026, the Office of the County Counsel told Plaintiffs that it had authority to accept service on behalf of Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills, Esq. and recommended that Plaintiffs serve those parties on the Office of the County Counsel.

6. That same day, on July 24, 2026, Plaintiffs advised that they would serve the remaining County Defendants on the Office of the County Counsel.

7. On July 27, 2026, the Office of the County Counsel confirmed that it would accept service on behalf of the County Defendants, and Plaintiffs agreed to serve the County Defendants by delivering one complete set of the summons and verified complaint to the Office of the County Counsel at one time. The parties agreed that the County Defendants will be deemed served when Plaintiffs deliver the necessary documents to the Office of the County Counsel.

8. On July 24, 2026, Plaintiffs and the County Defendants conferred and agreed that it would be reasonable, efficient, and promote judicial economy to coordinate a schedule for all the County Defendants to respond to the verified complaint by the same date and after service was effectuated on all the County Defendants.

Stipulation to Extend Time to Answer or Otherwise
Respond to Complaint

26CV03708-EJD

9. Plaintiffs and the County Defendants agreed that the County Defendants would respond by September 30, 2026.

10. This stipulation will not alter the date of any event or any deadline already fixed by Court order. *See* Dkt. No. 16 (continuing the Initial Case Management Conference to October 29, 2026).

11. The Court has not entered a case management schedule under Federal Rule of Civil Procedure 16(b). The Initial Case Management Conference is set for October 29, 2026. *See* Dkt. No. 16.

12. Plaintiffs and the County Defendants have not previously modified any deadlines including by stipulation or Court order.

13. The requested time modification would extend the time for all County Defendants to respond to Plaintiffs' verified complaint by approximately 60 days including those specific County Defendants whom Plaintiffs have not served.

14. Pursuant to Civil L.R. 6-1(a), the parties stipulate that the time within which the County Defendants shall answer or otherwise respond to Plaintiffs' verified complaint shall be extended to September 30, 2026.

15. In so stipulating, Plaintiffs and the County Defendants expressly reserve all arguments and defenses, and Plaintiffs and the County Defendants agree to this stipulation without prejudice to any party's claims, defenses, or positions.

SO STIPULATED.


Dated: July_____, 2026          By:   /s/_____
                                      NICHOLAS CHRISTIAN
                                      Plaintiff


Dated: July_____, 2026          By:   /s/_____
                                      CHERYL LAM, PH.D.
                                      Plaintiff

3

Stipulation to Extend Time to Answer or Otherwise          26CV03708-EJD
Respond to Complaint

Dated: July_____, 2026              By:    /s/_____
                                             DOUGLAS E. JOHNS
                                             Deputy County Counsel
                                             Attorneys for Defendants
                                             COUNTY OF SANTA CLARA,
                                             JOANNE TRACEY, JEAN NGUYEN,
                                             MARILYN C. UNDERWOOD, AND
                                             SONIA WILLS

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the signatories, and their scanned images of the signature pages executed by Plaintiffs are attached to this filing.

Dated: July_____, 2026              By:    /s/_____
                                           DOUGLAS JOHNS

3647252

Stipulation to Extend Time to Answer or Otherwise                    26CV03708-EJD
Respond to Complaint

# EXHIBIT 11



TONY LOPRESTI, County Counsel (S.B. #289269)
DOUGLAS E. JOHNS, Deputy County Counsel (S.B. #314798)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Douglas.Johns@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, JOANNE TRACEY,
JEAN NGUYEN, MARILYN C. UNDERWOOD, PH.D.,
AND SONIA WILLS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a public entity; HANNAH ODEKIRK, JOSEPH HATFIELD, JOANNE TRACEY, JEAN NGUYEN, MARILYN C. UNDERWOOD, and SONIA WILLS, in their individual and official capacities; GERARD F. KEENA II, BRANDON CARR, and JORGE VIZCAINO, in their individual capacities,<br><br>              Defendants. | No. 5:26-cv-03708-EJD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Honorable Edward J. Davila<br>Senior United States District Judge |

1

Plaintiffs, Nicholas Christian and Cheryl Lam, Ph.D. (collectively, "Plaintiffs"), and Defendants, County of Santa Clara, Joanne Tracey, Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills, Esq. (collectively, "the County Defendants"), by and through themselves, and their undersigned counsel, hereby stipulate as follows:

1.    On April 28, 2026, Plaintiffs filed their verified complaint against, among other parties, the County Defendants. *See* Dkt. No. 1.

2.    In their verified complaint, Plaintiffs assert ten claims against all defendants. *See generally* Dkt. No. 1.

3.    Plaintiffs and the County Defendants have agreed to resolve service on the County Defendants without regard to any prior service or attempted service.

4.    On July 22, 2026, the Court issued an order continuing the Initial Case Management Conference to October 29, 2026, and extended Plaintiffs' time to complete service to September 20, 2026. *See* Dkt. No. 16.

5.    On July 24, 2026, the Office of the County Counsel told Plaintiffs that it had authority to accept service on behalf of Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills, Esq. and recommended that Plaintiffs serve those parties on the Office of the County Counsel.

6.    That same day, on July 24, 2026, Plaintiffs advised that they would serve the remaining County Defendants on the Office of the County Counsel.

7.    On July 27, 2026, the Office of the County Counsel confirmed that it would accept service on behalf of the County Defendants, and Plaintiffs agreed to serve the County Defendants by delivering one complete set of the summons and verified complaint to the Office of the County Counsel at one time.  The parties agreed that the County Defendants will be deemed served when Plaintiffs deliver the necessary documents to the Office of the County Counsel.

8.    On July 24, 2026, Plaintiffs and the County Defendants conferred and agreed that it would be reasonable, efficient, and promote judicial economy to coordinate a schedule for all the County Defendants to respond to the verified complaint by the same date and after service was effectuated on all the County Defendants.

2

Stipulation to Extend Time to Answer or Otherwise                                      5:26-cv-03708-EJD
Respond to Complaint

9.    Plaintiffs and the County Defendants agreed that the County Defendants would respond by September 30, 2026.

10.    This stipulation will not alter the date of any event or any deadline already fixed by Court order.  *See* Dkt. No. 16 (continuing the Initial Case Management Conference to October 29, 2026).

11.   The Court has not entered a case management schedule under Federal Rule of Civil Procedure 16(b).  The Initial Case Management Conference is set for October 29, 2026.  *See* Dkt. No. 16.

12.    Plaintiffs and the County Defendants have not previously modified any deadlines including by stipulation or Court order.

13.    The requested time modification would extend the time for all County Defendants to respond to Plaintiffs' verified complaint by approximately 60 days including those specific County Defendants whom Plaintiffs have not served.

14.    Pursuant to Civil L.R. 6-1(a), the parties stipulate that the time within which the County Defendants shall answer or otherwise respond to Plaintiffs' verified complaint shall be extended to September 30, 2026.

15.    In so stipulating, Plaintiffs and the County Defendants expressly reserve all arguments and defenses, and Plaintiffs and the County Defendants agree to this stipulation without prejudice to any party's claims, defenses, or positions.

SO STIPULATED.


Dated: July_____, 2026          By:    /s/_____
                                        NICHOLAS CHRISTIAN
                                        Plaintiff, Pro Se


Dated: July_____, 2026          By:    /s/_____
                                        CHERYL LAM, PH.D.
                                        Plaintiff, Pro Se

3

Stipulation to Extend Time to Answer or Otherwise                        5:26-cv-03708-EJD
Respond to Complaint

Dated: July_____, 2026            By:    /s/_____
                                          DOUGLAS E. JOHNS
                                          Deputy County Counsel
                                          Attorneys for Defendants
                                          COUNTY OF SANTA CLARA,
                                          JOANNE TRACEY, JEAN NGUYEN,
                                          MARILYN C. UNDERWOOD, PH.D., AND
                                          SONIA WILLS

### ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the signatories, and Plaintiff's scanned images of their signatures are attached to this filing, or otherwise incorporated into this filing.

Dated: July_____, 2026             By:    /s/_____
                                          DOUGLAS JOHNS

---

4

Stipulation to Extend Time to Answer or Otherwise                    5:26-cv-03708-EJD
Respond to Complaint

# EXHIBIT 12



TONY LOPRESTI, County Counsel (S.B. #289269)
DOUGLAS E. JOHNS, Deputy County Counsel (S.B. #314798)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Douglas.Johns@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, JOANNE TRACEY,
JEAN NGUYEN, MARILYN C. UNDERWOOD, PH.D.,
AND SONIA WILLS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a public entity; HANNAH ODEKIRK, JOSEPH HATFIELD, JOANNE TRACEY, JEAN NGUYEN, MARILYN C. UNDERWOOD, and SONIA WILLS, in their individual and official capacities; GERARD F. KEENA II, BRANDON CARR, and JORGE VIZCAINO, in their individual capacities,<br><br>Defendants. | No. 5:26-cv-03708-EJD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Honorable Edward J. Davila<br>Senior United States District Judge |

1

Stipulation to Extend Time to Answer or Otherwise
Respond to Complaint

5:26-cv-03708-EJD

Plaintiffs, Nicholas Christian and Cheryl Lam, Ph.D. (collectively, "Plaintiffs"), and Defendants, County of Santa Clara, Joanne Tracey, Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills, Esq. (collectively, "the County Defendants"), by and through themselves, and their undersigned counsel, hereby stipulate as follows:

1.    On April 28, 2026, Plaintiffs filed their verified complaint against, among other parties, the County Defendants. *See* Dkt. No. 1.

2.    In their verified complaint, Plaintiffs assert ten claims against all defendants. *See generally* Dkt. No. 1.

3.    Plaintiffs and the County Defendants have agreed to resolve service on the County Defendants without regard to any prior service or attempted service.

4.    On July 22, 2026, the Court issued an order continuing the Initial Case Management Conference to October 29, 2026, and extended Plaintiffs' time to complete service to September 20, 2026. *See* Dkt. No. 16.

5.    On July 24, 2026, the Office of the County Counsel told Plaintiffs that it had authority to accept service on behalf of Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills, Esq. and recommended that Plaintiffs serve those parties on the Office of the County Counsel.

6.    That same day, on July 24, 2026, Plaintiffs advised that they would serve the remaining County Defendants on the Office of the County Counsel.

7.    On July 27, 2026, the Office of the County Counsel confirmed that it would accept service on behalf of the County Defendants, and Plaintiffs agreed to serve the County Defendants by delivering one complete set of the summons and verified complaint to the Office of the County Counsel at one time.  The parties agreed that the County Defendants will be deemed served when Plaintiffs deliver the necessary documents to the Office of the County Counsel.

8.    On July 24, 2026, Plaintiffs and the County Defendants conferred and agreed that it would be reasonable, efficient, and promote judicial economy to coordinate a schedule for all the County Defendants to respond to the verified complaint by the same date and after service was effectuated on all the County Defendants.

2

Stipulation to Extend Time to Answer or Otherwise
Respond to Complaint

5:26-cv-03708-EJD

9.      Plaintiffs and the County Defendants agreed that the County Defendants would respond by September 30, 2026.

10.     This stipulation will not alter the date of any event or any deadline already fixed by Court order. *See* Dkt. No. 16 (continuing the Initial Case Management Conference to October 29, 2026).

11.     The Court has not entered a case management schedule under Federal Rule of Civil Procedure 16(b). The Initial Case Management Conference is set for October 29, 2026. *See* Dkt. No. 16.

12.     Plaintiffs and the County Defendants have not previously modified any deadlines including by stipulation or Court order.

13.     The requested time modification would extend the time for all County Defendants to respond to Plaintiffs' verified complaint by approximately 60 days including those specific County Defendants whom Plaintiffs have not served.

14.     Pursuant to Civil L.R. 6-1(a), the parties stipulate that the time within which the County Defendants shall answer or otherwise respond to Plaintiffs' verified complaint shall be extended to September 30, 2026.

15.     In so stipulating, Plaintiffs and the County Defendants expressly reserve all arguments and defenses, and Plaintiffs and the County Defendants agree to this stipulation without prejudice to any party's claims, defenses, or positions.

SO STIPULATED.


Dated: July_____, 2026          By:    /s/_____
                                       NICHOLAS CHRISTIAN
                                       Plaintiff, Pro Se



Dated: July_____, 2026          By:    /s/_____
                                       CHERYL LAM, PH.D.
                                       Plaintiff, Pro Se

3

Stipulation to Extend Time to Answer or Otherwise
Respond to Complaint

5:26-cv-03708-EJD

Dated: July_____, 2026          By:    /s/_____
                                          DOUGLAS E. JOHNS
                                          Deputy County Counsel
                                          Attorneys for Defendants
                                          COUNTY OF SANTA CLARA,
                                          JOANNE TRACEY, JEAN NGUYEN,
                                          MARILYN C. UNDERWOOD, PH.D., AND
                                          SONIA WILLS

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the signatories, and Plaintiff's scanned images of their signatures are attached to this filing, or otherwise incorporated into this filing.

Dated: July_____, 2026          By:    /s/_____
                                          DOUGLAS JOHNS

4