# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,

      Plaintiffs,

    v.

CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a California public entity; et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-03708-EJD

Judge: Edward J. Davila

**[PROPOSED] ORDER ON DEFENDANTS COUNTY OF SANTA CLARA AND JOANNE TRACEY'S MOTION TO CHANGE TIME AND MOTION FOR ADMINISTRATIVE RELIEF**

**(DKT. NO. 18)**

Having considered Defendants County of Santa Clara and Joanne Tracey's Motion to Change Time and Motion for Administrative Relief (Dkt. No. 18), Plaintiffs' opposition, and the record in this action, and good cause appearing, IT IS HEREBY ORDERED:

1. The Motion for Administrative Relief to set one responsive pleading deadline for the County Defendants is GRANTED.

2. The Motion to Change Time is GRANTED IN PART and DENIED IN PART.

3. Defendants County of Santa Clara, Joanne Tracey, Jean Nguyen, Marilyn C. Underwood, Ph.D., and Sonia Wills shall file a single response to Plaintiffs' complaint, as permitted

[PROPOSED] ORDER ON DKT. 18 - 1

under the Federal Rules of Civil Procedure, on or before August 25, 2026. The responsive pleading deadlines otherwise running as to these Defendants are vacated and superseded by this date.

4.    Plaintiffs' request to strike portions of the Declaration of Douglas Johns (Dkt. No. 18-1) is GRANTED. Pursuant to Civil L.R. 7-5(b), paragraphs 4, 5, 7, 9, 10, 17, 18, 19, 21, and 23 of that declaration are STRICKEN as stating conclusions or argument, as resting on information or belief without specifying the basis therefor, or as contradicted by the exhibit attached to the declaration, and were given no evidentiary weight in deciding the motion.

5.    The assertions at Section I of the motion concerning the subject matter and outcome of the parallel state court action are unsupported by any citation to the record and were disregarded.

6.    This Order does not adjudicate the sufficiency of service on any Defendant. All parties' rights and defenses are preserved.

IT IS SO ORDERED.

Dated: _____

_____

EDWARD J. DAVILA

United States District Judge