Civil Action No. 5:26-cv-03706-EJD

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) City of San Jose, a municipal corporation and charter city

Was received by me on (date) July 21, 2026

☐ I personally served the summons on the individual at (place)

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Clerk, Office of the City Clerk (no name given) , who is

designated by law to accept service of process on behalf of (name of organization) City of San Jose, a municipal

corporation and charter city on (date) July 21, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 0.00 for travel and $ 100.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's Signature

Nathan Sullivan
Printed name and title

2073 Summerside Drive, Apt. 311
San Jose, CA 95122

_____
Server's address

Additional information regarding attempted service, etc:

Service on the City Clerk pursuant to Fed. R. Civ. P. 4(j)(2)(B) and Cal. Code Civ. Proc. § 416.50. Delivered at the Office of the City Clerk, 200 East Santa Clara Street, San Jose, California 95113. The clerk who accepted service did not give a name.