**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,<br>Plaintiffs,<br>v.<br><br>CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a California public entity; et al.,<br>Defendants.<br>Re: Dkt. No. 19 | Case No. 5:26-cv-03708-EJD<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS OF DEFENDANTS CITY OF SAN JOSE, HANNAH ODEKIRK, AND JOSEPH HATFIELD** |

Before the Court is the motion of Defendants City of San Jose, Hannah Odekirk, and Joseph Hatfield to dismiss the complaint (Dkt. 19), together with the Declaration of Brian S. Kreger (Dkt. 19-1) and Request for Judicial Notice (Dkt. 19-2), Plaintiffs' opposition with evidentiary objections, and the reply. The Court orders as follows.

1. Plaintiffs' evidentiary and procedural objections, contained in the opposition pursuant to Civil Local Rule 7-3(a), are SUSTAINED. Judicial notice of Exhibits 1 through 5 to the Kreger Declaration and the Request for Judicial Notice is limited to the existence and filing of those documents. No fact recited within them is noticed for its truth. The Court disregards the motion's citations to Exhibit 6, no such exhibit having been filed.

2. The motion is DENIED.

3. Defendants City of San Jose, Hannah Odekirk, and Joseph Hatfield shall serve a responsive pleading within 14 days of this order. Fed. R. Civ. P. 12(a)(4)(A).

IT IS SO ORDERED.

Dated: _______________

______________________________

EDWARD J. DAVILA

United States District Judge