## DECLARATION OF DUE DILIGENCE AND ATTEMPTED SERVICE

I, Keith Bass declare:

1. I am over the age of 18 years and am not a party to this action.
2. On August 10, 2026, at approximately **12:59 p.m.**, I went to **425 Market Street, San Francisco, California**, to serve **Brandon Carr, Registered Agent**, who is located on the **29th floor**, with copies of the summons and complaint.
3. Upon arrival, I found that the workplace was secured. Building security denied me access to the 29th floor, and I was unable to personally contact or deliver the papers to Brandon Carr.
4. I left the papers with the security guard in the building lobby for delivery to Brandon Carr. I do not know the security guard's name. The security guard appeared to be a Caucasian male in his 50s or 60s, approximately 5 feet 7 inches tall, weighing approximately 160 to 180 pounds, with gray/white hair. He appeared to be over 18 years of age.
5. Because access to the workplace was denied by security, I was unable to personally serve Brandon Carr. The papers were left with the security guard in the lobby at approximately **12:59 p.m.**.
6. I made this attempt in good faith and accurately describe the circumstances of the attempted delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on August 10, 2026, at San Francisco, California.
**Signature**__[signature]__
**Printed Name**__Keith Bass__



Align bottom of peel-and-stick airbill or pouch here.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>**Nicholas Christian <christian.nicholask@gmail.com>**<br>**72 N Buena Vista Ave**<br>**San Jose, CA 95126-2824**<br>TELEPHONE NO.: **408-940-2424** FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **Nicholas Keith Christian, Dr. Cheryl Lam** | ***FOR COURT USE ONLY*** |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **280 S 1st St**<br>MAILING ADDRESS: **280 S 1st St**<br>CITY AND ZIP CODE: **San Jose 95113**<br>BRANCH NAME: **Robert F. Peckham Federal Building** | |
| PLAINTIFF/PETITIONER: **Nicholas Keith Christian, Dr. Cheryl Lam**<br>DEFENDANT/RESPONDENT: **City of San Jose, County of Santa Clara, Hannah Odekirk, Joseph Hatfield, Joanne Tracey, Jean Nguyen, Marilyn Underwood, Sonia Wills, Gerard F. Keena II, Brandon Carr, Jorge Vizcaino** | CASE NUMBER:<br>**5:26-cv-03708-EJD** |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action.

My residence address is **75 Monroe Street, Apartment 1, Santa Clara, CA 95050**.

That on **August 12, 2026**, after substituted service was made, I mailed the following documents: **SUMMONS; COMPLAINT** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail, and depositing that envelope with the United States Postal Service at **Newark, California**.

That I addressed the envelope as follows:

**Brandon M. Carr**
**Buchalter LLP**
**425 Market Street, Suite 2900**
**San Francisco, CA 94105**

That I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

That I executed this declaration on August 10th 2026.

Declarant: **Mazen Mohammed Rabbad**