Nicholas Keith Christian, Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 940-2424
christian.nicholask@gmail.com

Cheryl Lam, Ph.D., Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 421-7162
cheryl16@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,<br>Plaintiffs,<br>v.<br><br>CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a California public entity; et al.,<br>Defendants. | Case No. 5:26-cv-03708-EJD<br>Date: October 15, 2026<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>**DECLARATION OF NICHOLAS CHRISTIAN IN SUPPORT OF OPPOSITION TO THE RECEIVER DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>**(DKT. NO. 36)** |

I, Nicholas Christian, declare:

1. I am a plaintiff in this action, appearing pro se. I have personal knowledge of the facts stated below, and if called to testify I could and would testify competently to them. Exhibits 1 and 2 are true and correct copies of emails Plaintiffs sent to or received from Brandon M. Carr or his firm, Buchalter LLP. Exhibit 3 consists of true and correct copies of pages of two documents filed in Santa Clara County Superior Court No. 26CV484023. The exhibits are submitted for the purposes stated in the opposition to the special motion to strike, including to show that amendment would not be futile.

2. Attached as **Exhibit 1** are true and correct copies of an email exchange between me and Mr. Carr on March 5 and March 9, 2026. On March 5, 2026, at 5:34 p.m., I sent Mr. Carr, with copies to Dr. Lam and the receiver's office, a notice titled "NOTICE REGARDING

RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST," stating that the receiver had engaged in "unauthorized ex parte communications" incompatible with the duties of a neutral officer of the court and inviting the receiver to seek recusal. At 6:15 p.m. the same day, Mr. Carr replied that my email was "devoid of any facts for me to understand your stated concerns." On March 9, 2026, I replied that I was "establishing the record."

3. Attached as **Exhibit 2** is a true and correct copy of an email dated February 4, 2026 from Monik R. Tolentino, assistant to Mr. Carr at Buchalter LLP, sent to the San Jose City Attorney's Office, Ms. Odekirk, me, and others, with a copy to Mr. Carr. It gives notice that "the receiver is requesting the court approve his ex-parte application on February 6, 2026 to employ counsel." The order approving Buchalter's employment was entered on February 6, 2026 (Dkt. 37-6).

4. Attached as **Exhibit 3** are true and correct copies of (a) pages 1 and 12 of the Receiver's Inventory filed by the receiver, Gerard F. Keena II, on April 8, 2026 in Santa Clara County Superior Court No. 26CV484023, followed by enlargements, altered only in size, of the first photograph on page 12 and of the date and signature line of the placard it shows; and (b) pages 1 through 3 of the Declaration of Joseph Hatfield filed by the City of San Jose on January 8, 2026 in the same case. The photograph shows a City of San Jose placard reading "CONDEMNED" and "UNSAFE TO OCCUPY," dated "NOVEMBER 8, 2023," and signed "JOSEPH HATFIELD" as authorized officer. In paragraph 7 of his declaration, Mr. Hatfield states that on November 9, 2023 he "placed a condemnation sign on the Property to restrict use and access."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2026, at San Jose, California.

N Christian
__________________________

Nicholas Christian, Plaintiff, Pro Se

# EXHIBIT 1

Gmail **nicholas christian <christian.nicholask@gmail.com>**

## NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST

2 messages

**nicholas christian** <christian.nicholask@gmail.com> Thu, Mar 5, 2026 at 5:34 PM
To: "Carr, Brandon M." <bcarr@buchalter.com>
Cc: Cheryl Lam <cheryl16@gmail.com>, JBlakeley@bayarearg.com, dsundberg@bayarearg.com

Mr. Carr,

It has come to our attention that the Receiver has engaged in communications and actions that are fundamentally incompatible with their duties as a neutral officer of the court. Specifically, we have identified unauthorized ex parte communications involving the Receiver that demonstrate a clear conflict of interest and a lack of impartiality.

These actions have compromised the integrity of the receivership. As an officer of the court, the Receiver is bound by strict requirements of neutrality and is prohibited from engaging in collusive or ex parte interactions that influence the administration of the receivership.

This communication serves as formal notice of these conflicts. Given the gravity of this breach, the Receiver's continued participation in this matter is untenable. We are providing this opportunity for the Receiver to voluntarily seek recusal from this case immediately, prior to our initiation of formal proceedings before the Court.

This notice is not an exhaustive statement of our position, nor is it a waiver of any rights or remedies available to us. We reserve all rights to present the full evidentiary record to the Court at the appropriate time.

---

**Carr, Brandon M.** <bcarr@buchalter.com> Thu, Mar 5, 2026 at 6:15 PM
To: nicholas christian <christian.nicholask@gmail.com>
Cc: Cheryl Lam <cheryl16@gmail.com>, "JBlakeley@bayarearg.com" <JBlakeley@bayarearg.com>, "dsundberg@bayarearg.com" <dsundberg@bayarearg.com>, Gerard Keena <gkeena@bayarearg.com>

Nicholas,

Your email is devoid of any facts for me to understand your stated concerns. If you'd like to have a call with me to discuss, let me know, and we can set up a time to do so.

Brandon

Buchalter

**Brandon M. Carr**
Partner
**T** (415) 227-3636
**F** (415) 227-3523
bcarr@buchalter.com

425 Market Street, Suite 2900
San Francisco, CA 94105
www.buchalter.com | Bio | LinkedIn

**From:** nicholas christian <christian.nicholask@gmail.com>
**Sent:** Thursday, March 5, 2026 5:34 PM
**To:** Carr, Brandon M. <bcarr@buchalter.com>
**Cc:** Cheryl Lam <cheryl16@gmail.com>; JBlakeley@bayarearg.com; dsundberg@bayarearg.com
**Subject:** NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST

This message has originated from an **External Email**. christian.nicholask@gmail.com <christian.nicholask@gmail.com>:

[Quoted text hidden]

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Gmail **nicholas christian <christian.nicholask@gmail.com>**

# Re: NOTICE

2 messages

**nicholas christian** <christian.nicholask@gmail.com> Mon, Mar 9, 2026 at 8:47 AM
To: "Carr, Brandon M." <bcarr@buchalter.com>
Cc: Cheryl Lam <cheryl16@gmail.com>, JBlakeley@bayareagg.com, dsundberg@bayarearg.com, Gerard Keena <gkeena@bayarearg.com>

Mr. Carr,

I can appreciate that. However I find it extremely difficult to believe you are unaware. I don't entirely care to know if you are, almost as much as I don't care to argue the point. My email was not devoid of facts, is was devoid of specifics. Sona Wills has time to discuss it with you.

I am establishing the record. If there is something consequential you need to meet and confer about I will accept your call in good faith.

On Thu, Mar 5, 2026, 6:15 PM Carr, Brandon M. <bcarr@buchalter.com> wrote:

> Nicholas,
>
> Your email is devoid of any facts for me to understand your stated concerns. If you'd like to have a call with me to discuss, let me know, and we can set up a time to do so.
>
> Brandon
>
> Buchalter
>
> **Brandon M. Carr**
> Partner
> **T** (415) 227-3636
> **F** (415) 227-3523
> bcarr@buchalter.com
>
> 425 Market Street, Suite 2900
> San Francisco, CA 94105
> www.buchalter.com | Bio | LinkedIn
>
> **From:** nicholas christian <christian.nicholask@gmail.com>

**Sent:** Thursday, March 5, 2026 5:34 PM
**To:** Carr, Brandon M. <bcarr@buchalter.com>
**Cc:** Cheryl Lam <cheryl16@gmail.com>; JBlakeley@bayareaarg.com; dsundberg@bayareaarg.com
**Subject:** NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST

This message has originated from an **External Email**. christian.nicholask@gmail.com <christian.nicholask@gmail.com>:

---

Mr. Carr,

It has come to our attention that the Receiver has engaged in communications and actions that are fundamentally incompatible with their duties as a neutral officer of the court. Specifically, we have identified unauthorized ex parte communications involving the Receiver that demonstrate a clear conflict of interest and a lack of impartiality.

These actions have compromised the integrity of the receivership. As an officer of the court, the Receiver is bound by strict requirements of neutrality and is prohibited from engaging in collusive or ex parte interactions that influence the administration of the receivership.

This communication serves as formal notice of these conflicts. Given the gravity of this breach, the Receiver's continued participation in this matter is untenable. We are providing this opportunity for the Receiver to voluntarily seek recusal from this case immediately, prior to our initiation of formal proceedings before the Court.

This notice is not an exhaustive statement of our position, nor is it a waiver of any rights or remedies available to us. We reserve all rights to present the full evidentiary record to the Court at the appropriate time.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

---

**nicholas christian** <christian.nicholask@gmail.com> Thu, Mar 19, 2026 at 4:32 PM
Draft To: "Carr, Brandon M." <bcarr@buchalter.com>

[Quoted text hidden]

# EXHIBIT 2

Native .eml original: email/receiver-counsel-buchalter/20260204_1723_g19c29ae7_mtolentino_People_of_the_State_of_California_et_al._vs._Cheryl_Lam_et_a.eml (Gmail API RAW pull 2026-08-27)

| | |
|---|---|
| **From** | "Tolentino, Monik R." <mtolentino@buchalter.com> |
| **To** | "cao.main@sanjoseca.gov" <cao.main@sanjoseca.gov>, "Brandi.Lecomte@sanjoseca.gov" <Brandi.Lecomte@sanjoseca.gov>, "margo.laskowska@sanjoseca.gov" <margo.laskowska@sanjoseca.gov>, "hannah.odekirk@sanjoseca.gov" <hannah.odekirk@sanjoseca.gov>, "christian.nicholask@gmail.com" <christian.nicholask@gmail.com>, "cheryl16@gmail.com" <cheryl16@gmail.com>, "cheryl.lam@gmail.com" <cheryl.lam@gmail.com> |
| **Cc** | "Carr, Brandon M." <bcarr@buchalter.com> |
| **Date** | Wed, 04 Feb 2026 17:23:41 +0000 |
| **Subject** | People of the State of California, et al. vs. Cheryl Lam, et al.; Santa Clara Superior Court Case No. 26CV484023 - Ex Parte Notice |
| **Message-ID** | <add317f114f1479f8dfed17be1811b40@buchalter.com> |

---

Hello,

Notice is hereby provided the receiver is requesting the court approve his ex-parte application on February 6, 2026 to employ counsel in Department 16 pursuant to his right to do so in the appointing order. Papers will be emailed to you when filed tomorrow. If you have an questions, please reach out to attorney Brandon Carr at 415.216.8829.

Please confirm receipt of this notice at your convenience. Thank you.

Best Regards,
Monik Tolentino
Assistant to Brandon M. Carr

Buchalter

**Monik R. Tolentino** she/her/hers
Legal Assistant
**T** (415) 227-3509
mtolentino@buchalter.com

425 Market Street, Suite 2900
San Francisco, CA 94105
www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

**EXHIBIT 3**

Gerard F. Keena II
BAY AREA RECEIVERSHIP GROUP
1925 Martin Luther King Jr. Way
Berkeley, CA 94704
Tel.: (510) 995-0158
Fax: (510) 244-4447
Email: gkeena@bayareaarg.com

Court-Appointed Receiver

**Electronically Filed**
**by Superior Court of CA,**
**County of Santa Clara,**
**on 4/8/2026 10:27 AM**
**Reviewed By: L. Ayala**
**Case #26CV484023**
**Envelope: 23283430**

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Jose City Attorney Susan Alcala Wood; and CITY OF SAN JOSE, a Municipal Corporation and Charter City,

Plaintiffs,

vs.

CHERYL LAM, an individual; NICHOLAS KEITH CHRISTIAN, an individual; and DOES 1-20, inclusive,

Defendants.

CASE NO. 26CV484023

**RECEIVER'S INVENTORY**

Dept. 16
Honorable Vincent I. Parrett

The Court-appointed Receiver, Gerard F. Keena II (the "Receiver") submits an inventory pursuant to Page 12, Paragraph 23 of the Appointing Order and California Rules of Court Rule 3.1181.

***

The Receiver was appointed to take control of the property located at 72 N. Buena Vista Avenue, San Jose, CA 941216 Accessor's Parcel Number 274-42-204 (the "Property").

The Property consists of a 2-bedroom, 2-1/2 bathroom condominium and was built in 2008 on a lot size of approximately 1,116 square feet.

On April 2, 2026, the Receiver and his staff performed an initial inspection, during which Health and Safety Code violations were observed. The Property exhibited substandard and hazardous conditions consistent with those outlined in the City of San Jose's Petition for Appointment of

# Rear Exterior


















Enlargements, altered only in size, of the first photograph on page 12 of the Receiver's Inventory filed April 8, 2026 in *City of San Jose v. Lam*, Santa Clara County Superior Court No. 26CV484023 (reproduced at the preceding page): the full photograph, and below it the placard's date and signature line.

SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN CLOUSE, Chief Deputy City Attorney (228726)
VANCE CHANG, Senior Deputy City Attorney (291658)
HANNAH ODEKIRK, Deputy City Attorney (352779)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Plaintiffs CITY OF SAN JOSE
And THE PEOPLE OF THE STATE OF CALIFORNIA

**Electronically Filed**
**by Superior Court of CA,**
**County of Santa Clara,**
**on 1/8/2026 4:46 PM**
**Reviewed By: C. Roman**
**Case #26CV484023**
**Envelope: 22206116**

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

UNLIMITED JURISDICTION

THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and though San Jose City Attorney Susana Alcala Wood; and CITY OF SAN JOSE, a municipal corporation and charter city,

Plaintiff(s),

v.

CHERYL LAM, an individual; NICHOLAS KEITH CHRISTIAN, an individual; and DOES 1 through 20, inclusive,

Defendant(s).

Case Number: 26CV484023

**DECLARATION OF JOSEPH HATFIELD IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMIARY INJUNCTION, AND APPOINTMENT OF A RECEIVER**

I, JOSEPH HATFIELD, have personal knowledge of and hereby declare as follows:

1. I am a Code Enforcement Supervisor for the Planning, Building, and Code Enforcement Division of the City of San Jose ("Code Enforcement"). I have been employed by the City of San Jose ("City") as a Code Enforcement officer for over 9 years.

2. My present assignment requires supervising inspectors and providing enforcement duties for the City with respect to San Jose Municipal Code violations.

3. I have personal knowledge of the City's laws and regulations governing the maintenance and use of property.

4. I have the authority and responsibility to enforce the San Jose Municipal Code ("SJMC"), including the SJMC provisions at issue here regarding property blight and public nuisances.

5. All citizen complaints received by the City's Code Enforcement Division are recorded in a database at or near the time received in the ordinary course of business. These records are maintained by Code Enforcement and accessible to all inspectors. I have reviewed all available records pertaining to the residential property located at 72 N. BUENA VISTA AVENUE, in San Jose, California with assessor parcel number 274-42-204 (the "Property").

6. I have also reviewed available public property records for the Property. Cheryl Lam (the "Property Owner") is listed as the current owner. A true and correct copy of the Grant Deed is attached hereto as **Exhibit A**.

7. On November 9, 2023 Code Enforcement received a complaint regarding a methamphetamine laboratory at the Property. A Code Enforcement case was opened. Along with Deputy Director Rachel Roberts and Law Enforcement, I conducted an inspection of the Property and confirmed drug manufacturing. I placed a condemnation sign on the Property to restrict use and access. True and correct photographs of the condemnation notice and the inspection are attached hereto as **Exhibit B.**

8. On June 25, 2024, Code Enforcement issued an Abatement Order and Notice of Hearing with a copy of the Inspection Report to Property Owner. A true and correct copy of the Notice and Inspection Report are attached hereto as **Exhibit C**.

9. On July 11, 2024, the Appeals Hearing Board ("AHB") held a public hearing, with Property Owner present, and issued Resolution 24-07, a true and correct copy of which is attached hereto as **Exhibit D.** Resolution 24-07 upheld the Summary Abatement, and

upheld Code Enforcement's November 9, 2023 condemnation, and restriction of access due to substandard housing conditions.

10. On June 17, 2025, Code Enforcement Inspector Martinez inspected the Property, knocked on the front door, received no answer, and took a photo. A true and correct photograph is attached hereto as **Exhibit E**.

11. On July 25, 2025, Inspector Martinez reinspected the Property, knocked on the front door, received no answer, and took a photo. Inspector Martinez observed a newly installed Ring Doorbell Camera on Property, and communicated with alleged boyfriend of Property Owner. Alleged boyfriend stated he and Property Owner are living in Newark, California, and waiting on Santa Clara County for a hearing. A true and correct photograph is attached hereto as **Exhibit F**.

12. To this day, the Property Owner has failed to abate the public nuisance.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that I could competently testify thereto if called as a witness.

Executed this 6th day of January 2026 in San Jose, California.

By: *Joseph Hatfield*
JOSEPH HATFIELD
Code Enforcement Inspector

City of San Jose Planning, Building,
And Code Enforcement