Nicholas Keith Christian, Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 940-2424
christian.nicholask@gmail.com

Cheryl Lam, Ph.D., Plaintiff In Pro Se
72 N. Buena Vista Ave.
San Jose, CA 95126
(408) 421-7162
cheryl16@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NICHOLAS CHRISTIAN, an individual; and CHERYL LAM, Ph.D., an individual,<br>Plaintiffs,<br>v.<br><br>CITY OF SAN JOSE, a California municipal corporation; COUNTY OF SANTA CLARA, a California public entity; et al.,<br>Defendants. | Case No. 5:26-cv-03708-EJD<br>Date: October 15, 2026<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>**DECLARATION OF NICHOLAS CHRISTIAN IN SUPPORT OF OPPOSITION TO THE RECEIVER DEFENDANTS' MOTION TO DISMISS**<br><br>**(DKT. NO. 35)** |

I, Nicholas Christian, declare:

1. I am a plaintiff in this action, appearing pro se. I have personal knowledge of the facts stated below, and if called to testify I could and would testify competently to them. Each exhibit identified below is a true and correct copy of an email Plaintiffs sent to or received from the receiver, Gerard F. Keena II, his firm, Bay Area Receivership Group, or his counsel, Buchalter LLP, or received through the service list maintained by the receiver's office in Santa Clara County Superior Court No. 26CV484023. The exhibits are submitted for the purposes stated in the opposition to the motion to dismiss, including to answer the movants' account of the record and to show that amendment would not be futile. The receiver's First Report and Accounting, including Invoice No. 13335 and the Buchalter invoices attached to it, is already before the Court as the movants' Exhibit 10 (Dkt. 37-10), and the April 24, 2026 email from Deputy County

Counsel Sonia Wills is already before the Court as Exhibit 3 to my declaration filed September 3, 2026 (Dkt. 38-1). Neither is resubmitted.

2. Attached as **Exhibit 1** are true and correct copies of an email exchange between me and Brandon M. Carr of Buchalter LLP on March 5 and March 9, 2026. On March 5, 2026, at 5:34 p.m., I sent Mr. Carr, with copies to Dr. Lam, Mr. Keena's office, and later Mr. Keena, a notice titled "NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST," stating that the receiver had engaged in "unauthorized ex parte communications" incompatible with the duties of a neutral officer of the court and inviting the receiver to seek recusal. At 6:15 p.m. the same day, Mr. Carr replied that my email was "devoid of any facts for me to understand your stated concerns." On March 9, 2026, I replied that I was "establishing the record."

3. Attached as **Exhibit 2** is a true and correct copy of an email dated February 4, 2026 from Monik R. Tolentino, assistant to Mr. Carr at Buchalter LLP, sent to the San Jose City Attorney's Office, Ms. Odekirk, me, and others, with a copy to Mr. Carr. It gives notice that "the receiver is requesting the court approve his ex-parte application on February 6, 2026 to employ counsel." The order approving Buchalter's employment was entered on February 6, 2026 (Dkt. 37-6).

4. Attached as **Exhibit 3** is a true and correct copy of an email exchange dated May 12 and 13, 2026, which came to Plaintiffs through the service list maintained by the receiver's office. On May 12, 2026, the receiver's office served the April 2026 Monthly Report and Accounting on a list that included the Office of the County Counsel. On May 13, 2026, Ms. Wills, Deputy County Counsel, wrote to the receiver's office asking it to "update the interested party contact for Santa Clara County Environmental Health from Jeanne Nguyen to Joanne Tracey," and the receiver's office replied that it would "update the distribution list."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2026, at San Jose, California.

N Christian
____________________________

Nicholas Christian, Plaintiff, Pro Se

# EXHIBIT 1

Gmail

nicholas christian <christian.nicholask@gmail.com>

## NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST

2 messages

**nicholas christian** <christian.nicholask@gmail.com> Thu, Mar 5, 2026 at 5:34 PM
To: "Carr, Brandon M." <bcarr@buchalter.com>
Cc: Cheryl Lam <cheryl16@gmail.com>, JBlakeley@bayarearg.com, dsundberg@bayarearg.com

Mr. Carr,

It has come to our attention that the Receiver has engaged in communications and actions that are fundamentally incompatible with their duties as a neutral officer of the court. Specifically, we have identified unauthorized ex parte communications involving the Receiver that demonstrate a clear conflict of interest and a lack of impartiality.

These actions have compromised the integrity of the receivership. As an officer of the court, the Receiver is bound by strict requirements of neutrality and is prohibited from engaging in collusive or ex parte interactions that influence the administration of the receivership.

This communication serves as formal notice of these conflicts. Given the gravity of this breach, the Receiver's continued participation in this matter is untenable. We are providing this opportunity for the Receiver to voluntarily seek recusal from this case immediately, prior to our initiation of formal proceedings before the Court.

This notice is not an exhaustive statement of our position, nor is it a waiver of any rights or remedies available to us. We reserve all rights to present the full evidentiary record to the Court at the appropriate time.

---

**Carr, Brandon M.** <bcarr@buchalter.com> Thu, Mar 5, 2026 at 6:15 PM
To: nicholas christian <christian.nicholask@gmail.com>
Cc: Cheryl Lam <cheryl16@gmail.com>, "JBlakeley@bayarearg.com" <JBlakeley@bayarearg.com>, "dsundberg@bayarearg.com" <dsundberg@bayarearg.com>, Gerard Keena <gkeena@bayarearg.com>

Nicholas,

Your email is devoid of any facts for me to understand your stated concerns. If you'd like to have a call with me to discuss, let me know, and we can set up a time to do so.

Brandon

Buchalter

**Brandon M. Carr**
Partner
**T** (415) 227-3636
**F** (415) 227-3523
bcarr@buchalter.com

425 Market Street, Suite 2900
San Francisco, CA 94105
www.buchalter.com | Bio | LinkedIn

**From:** nicholas christian <christian.nicholask@gmail.com>
**Sent:** Thursday, March 5, 2026 5:34 PM
**To:** Carr, Brandon M. <bcarr@buchalter.com>
**Cc:** Cheryl Lam <cheryl16@gmail.com>; JBlakeley@bayarearg.com; dsundberg@bayarearg.com
**Subject:** NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST

This message has originated from an **External Email**. christian.nicholask@gmail.com <christian.nicholask@gmail.com>:

---

[Quoted text hidden]

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Gmail **nicholas christian <christian.nicholask@gmail.com>**

---

## Re: NOTICE

2 messages

---

**nicholas christian** <christian.nicholask@gmail.com> Mon, Mar 9, 2026 at 8:47 AM
To: "Carr, Brandon M." <bcarr@buchalter.com>
Cc: Cheryl Lam <cheryl16@gmail.com>, JBlakeley@bayareарg.com, dsundberg@bayarearg.com, Gerard Keena <gkeena@bayarearg.com>

Mr. Carr,

I can appreciate that. However I find it extremely difficult to believe you are unaware. I don't entirely care to know if you are, almost as much as I don't care to argue the point. My email was not devoid of facts, is was devoid of specifics. Sona Wills has time to discuss it with you.

I am establishing the record. If there is something consequential you need to meet and confer about I will accept your call in good faith.

On Thu, Mar 5, 2026, 6:15 PM Carr, Brandon M. <bcarr@buchalter.com> wrote:

> Nicholas,
>
> Your email is devoid of any facts for me to understand your stated concerns. If you'd like to have a call with me to discuss, let me know, and we can set up a time to do so.
>
> Brandon
>
> Buchalter
>
> **Brandon M. Carr**
> Partner
> **T** (415) 227-3636
> **F** (415) 227-3523
> bcarr@buchalter.com
>
> 425 Market Street, Suite 2900
> San Francisco, CA 94105
> www.buchalter.com | Bio | LinkedIn
>
> **From:** nicholas christian <christian.nicholask@gmail.com>

**Sent:** Thursday, March 5, 2026 5:34 PM
**To:** Carr, Brandon M. <bcarr@buchalter.com>
**Cc:** Cheryl Lam <cheryl16@gmail.com>; JBlakeley@bayarearg.com; dsundberg@bayarearg.com
**Subject:** NOTICE REGARDING RECEIVERSHIP CONDUCT AND POTENTIAL CONFLICTS OF INTEREST

This message has originated from an **External Email**. christian.nicholask@gmail.com <christian.nicholask@gmail.com>:

---

Mr. Carr,

It has come to our attention that the Receiver has engaged in communications and actions that are fundamentally incompatible with their duties as a neutral officer of the court. Specifically, we have identified unauthorized ex parte communications involving the Receiver that demonstrate a clear conflict of interest and a lack of impartiality.

These actions have compromised the integrity of the receivership. As an officer of the court, the Receiver is bound by strict requirements of neutrality and is prohibited from engaging in collusive or ex parte interactions that influence the administration of the receivership.

This communication serves as formal notice of these conflicts. Given the gravity of this breach, the Receiver's continued participation in this matter is untenable. We are providing this opportunity for the Receiver to voluntarily seek recusal from this case immediately, prior to our initiation of formal proceedings before the Court.

This notice is not an exhaustive statement of our position, nor is it a waiver of any rights or remedies available to us. We reserve all rights to present the full evidentiary record to the Court at the appropriate time.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

---

**nicholas christian** <christian.nicholask@gmail.com> Thu, Mar 19, 2026 at 4:32 PM
Draft To: "Carr, Brandon M." <bcarr@buchalter.com>

[Quoted text hidden]

# EXHIBIT 2

Native .eml original: email/receiver-counsel-buchalter/20260204_1723_g19c29ae7_mtolentino_People_of_the_State_of_California_et_al._vs._Cheryl_Lam_et_a.eml (Gmail API RAW pull 2026-08-27)

| | |
|---|---|
| **From** | "Tolentino, Monik R." <mtolentino@buchalter.com> |
| **To** | "cao.main@sanjoseca.gov" <cao.main@sanjoseca.gov>, "Brandi.Lecomte@sanjoseca.gov" <Brandi.Lecomte@sanjoseca.gov>, "margo.laskowska@sanjoseca.gov" <margo.laskowska@sanjoseca.gov>, "hannah.odekirk@sanjoseca.gov" <hannah.odekirk@sanjoseca.gov>, "christian.nicholask@gmail.com" <christian.nicholask@gmail.com>, "cheryl16@gmail.com" <cheryl16@gmail.com>, "cheryl.lam@gmail.com" <cheryl.lam@gmail.com> |
| **Cc** | "Carr, Brandon M." <bcarr@buchalter.com> |
| **Date** | Wed, 04 Feb 2026 17:23:41 +0000 |
| **Subject** | People of the State of California, et al. vs. Cheryl Lam, et al.; Santa Clara Superior Court Case No. 26CV484023 - Ex Parte Notice |
| **Message-ID** | <add317f114f1479f8dfed17be1811b40@buchalter.com> |

Hello,

Notice is hereby provided the receiver is requesting the court approve his ex-parte application on February 6, 2026 to employ counsel in Department 16 pursuant to his right to do so in the appointing order. Papers will be emailed to you when filed tomorrow. If you have an questions, please reach out to attorney Brandon Carr at 415.216.8829.

Please confirm receipt of this notice at your convenience. Thank you.

Best Regards,
Monik Tolentino
Assistant to Brandon M. Carr

Buchalter

**Monik R. Tolentino** she/her/hers
Legal Assistant
**T** (415) 227-3509
mtolentino@buchalter.com

425 Market Street, Suite 2900
San Francisco, CA 94105
www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

# EXHIBIT 3

Native .eml original: email/gerard-keena/20260513_1828_g19e22994_asien_RE_The_People_of_the_State_of_California_v._Cheryl_Lam_et_al.eml (Gmail API RAW pull 2026-08-27)

| | |
|---|---|
| **From** | Annie Sien <asien@Bayarearg.com> |
| **To** | "Wills, Sonia" <sonia.wills@cco.sccgov.org> |
| **Cc** | Gerard Keena <gkeena@bayarearg.com>, Cindi Sherrod <csherrod@Bayarearg.com>, David Engerman <DEngerman@Bayarearg.com>, Kris Rosales <krosales@Bayarearg.com>, "Brandon M. Carr (bcarr@buchalter.com)" <bcarr@buchalter.com>, "cao.main@sanjoseca.gov" <cao.main@sanjoseca.gov>, "Cheryl.lam@gmail.com" <Cheryl.lam@gmail.com>, "Christian.nicholask@gmail.com" <Christian.nicholask@gmail.com>, "JScott@Klinedinstlaw.com" <JScott@Klinedinstlaw.com> |
| **Date** | Wed, 13 May 2026 18:28:49 +0000 |
| **Subject** | RE: The People of the State of California v. Cheryl Lam, et al. - Receiver's April 2026 Report (72 North Buena Vista Ave, San Jose) |
| **Message-ID** | <LV3PR22MB5052BF7880AE64C6F766519BBD062@LV3PR22MB5052.namprd22.prod.outlook.com> |

### Attachments

| filename | content-type | size bytes |
|---|---|---|
| image001.png | image/png | 14292 |
| image002.png | image/png | 336 |
| image003.png | image/png | 44949 |

Hello Sonia,

Thank you for bringing this to my attention. I will update the distribution list.

Warm regards,
Annie

**Annie Sien**
**Executive Assistant/Office Manager**
asien@bayarearg.com
510-564-8565
http://bayarearg.com
1925 Martin Luther King Jr. Way
Berkeley, CA 94704

---

**From:** Wills, Sonia <sonia.wills@cco.sccgov.org>
**Sent:** Wednesday, May 13, 2026 11:22 AM
**To:** Annie Sien <asien@Bayarearg.com>; cao.main@sanjoseca.gov; Cheryl.lam@gmail.com; Christian.nicholask@gmail.com; JScott@Klinedinstlaw.com
**Cc:** Gerard Keena <gkeena@bayarearg.com>; Cindi Sherrod <csherrod@Bayarearg.com>; David Engerman <DEngerman@Bayarearg.com>; Kris Rosales <krosales@Bayarearg.com>; Brandon M. Carr (bcarr@buchalter.com) <bcarr@buchalter.com>
**Subject:** RE: The People of the State of California v. Cheryl Lam, et al. - Receiver's April 2026 Report (72 North Buena Vista Ave, San Jose)

Hi Annie,

Thank you for sharing the report.

Could you please update the interested party contact for Santa Clara County Environmental Health from Jeanne Nguyen to Joanne Tracey? She is the Director of Environmental Health's Hazardous Materials Compliance Division and her email is joanne.tracey@deh.sccgov.org. Additionally, I noticed that Rachel Neil and Tamara Zakim are still listed as interested party contacts for my Office and should be removed from this matter.

Best,

Sonia

Sonia Wills | Deputy County Counsel
Office of the County Counsel, County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor | San José, CA 95110
Office: (408) 299-6941 | Mobile: (408) 234-2214
Pronouns: she/her/hers
sonia.wills@cco.sccgov.org | counsel.sccgov.org

**NOTICE TO RECIPIENT**: The information in this email is confidential and may be protected by the attorney-client and/or work product privileges. If you received this email in error, any review, use, dissemination, distribution, or copying of it is strictly prohibited. Please notify Administration, Office of the County Counsel, of the error immediately at 408-299-5900 and delete this communication and any attached documents from your system.

---

**From:** Annie Sien <asien@Bayarearg.com>
**Sent:** Tuesday, May 12, 2026 4:28 PM
**To:** cao.main@sanjoseca.gov; Wills, Sonia <sonia.wills@cco.sccgov.org>; Cheryl.lam@gmail.com; Christian.nicholask@gmail.com; JScott@Klinedinstlaw.com
**Cc:** Gerard Keena <gkeena@bayarearg.com>; Cindi Sherrod <csherrod@Bayarearg.com>; David Engerman <DEngerman@Bayarearg.com>; Kris Rosales <krosales@Bayarearg.com>; Brandon M. Carr (bcarr@buchalter.com) <bcarr@buchalter.com>
**Subject:** [EXTERNAL] The People of the State of California v. Cheryl Lam, et al. - Receiver's April 2026 Report (72 North Buena Vista Ave, San Jose)

Dear All:

Attached for service, please find the April 2026 Monthly Report and Accounting and Notice of Intent to Pay Receiver’s Fees and Expenses.

Thank you for your attention to this matter.

Sincerely,
Annie

**Annie Sien**
**Executive Assistant/Office Manager**
asien@bayarearg.com
510-564-8565
http://bayarearg.com
1925 Martin Luther King Jr. Way
Berkeley, CA 94704